UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-346 (BAH) |
| : | |
| GLEN MITCHELL SIMON, : | |
| : | |
| Defendant. : | |

**UNITED STATES' NOTICE OF FILING
ITEMS INCOMPATIBLE WITH CM/ECF FILING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, in accordance with Local Rule 49(e)(1), hereby files this notice of filing of the following exhibits that are incompatible with CM/ECF filing pursuant to the Court's April 23, 2022, Minute Order directing the government to submit such evidence. The items are 7 videos, labeled Exhibits 1 through 7. The government has no objection to the public release of the exhibits.[1]

1. Exhibit 1 is a 52-second video collected from Simon's cellular telephone, seized during execution of a Rule 41 search warrant, that shows Simon on the west front of United States Capitol grounds.

2. Exhibit 2 is six-minute-and-23-second video collected from Simon's cellular telephone, seized during execution of a Rule 41 search warrant, that shows Simon in the Crypt inside the United States Capitol building.

3. Exhibit 3 is a one-minute-and-56-second video collected from Simon's cellular telephone, seized during execution of a Rule 41 search warrant, that shows Simon on the second floor

---

[1] The government provided Exhibits 1 through 3 to the Court on August 16, 2021, and those videos were publicly released shortly thereafter.

of the United States Capitol building.

4. Exhibit 4 is a one-minute-and-36-second video from Metropolitan Police Department body-worn camera that shows Simon on the west front of United States Capitol grounds.

5. Exhibit 5 is a one-minute-and-12-second, open-source video that shows Simon on the west front of United States Capitol grounds.

6. Exhibit 6 is a one-minute, open-source video that shows Simon on the west front of United States Capitol grounds.

7. Exhibit 7 is a 3-minute-and-59-second, open-source video that shows Simon in the Rotunda of the United States Capitol building.

        Respectfully submitted,

*/s/ Laura E. Hill*
LAURA E. HILL
Trial Attorney, Detailee
NV Bar 13894
175 N Street, NE
Washington, D.C. 20002
(202) 598-3962
Laura.E.Hill@usdoj.gov

BARRY K. DISNEY
Trial Attorney, Detailee
Kansas Bar No. 13284
1331 F Street, NW, Suite 6000
Washington, D.C. 20005
(202) 305-4367
Barry.Disney@usdoj.gov